IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
Buffalo Division

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC.; WESTCHESTER COUNTY FIREARMS OWNERS ASSOCIATION, INC.; SPORTSMEN'S ASSOCIATION FOR FIREARMS EDUCATION, INC.; NEW YORK STATE AMATEUR TRAPSHOOTING ASSOCIATION, INC.; BEDELL CUSTOM; BEIKIRCH AMMUNITION CORPORATION; BLUELINE TACTICAL & POLICE SUPPLY, LLC; WILLIAM NOJAY, THOMAS GALVIN; and ROGER HORVATH, : : : : : : : : : : : | |
| Plaintiffs. : | |
| : | |
| v. : | Civil No.:_____ |
| : | |
| ANDREW M. CUOMO, Governor of the State of New York; ERIC T. SCHNEIDERMAN, Attorney General of the State of New York; JOSEPH A. D'AMICO, Superintendent of the New York State Police; FRANK A. SEDITA, III, District Attorney for Erie County; and GERALD J. GILL, Chief of Police for the Town of Lancaster, New York, : : : : : : : : : : | |
| Defendants. : | |

**SUMMONS IN A CIVIL ACTION**

To: Andrew M. Cuomo
    Governor of New York State
    NYS State Capitol Building
    Albany, NY 12224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you ( not counting the day you received it)- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)- you must

serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff of Plaintiff's attorney, whose name and address are:

Brian T. Stapleton
GOLDBERG SEGALLA LLP
11 Marine Avenue, Suite 750
White Plains, New York 10606-1934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                CLERK OF COURT

Date:_____          _____
                                                    Signature of Clerk or Deputy Clerk