IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
Buffalo Division

NEW YORK STATE RIFLE AND PISTOL         :
ASSOCIATION, INC.; WESTCHESTER          :
COUNTY FIREARMS OWNERS                  :
ASSOCIATION, INC.; SPORTSMEN'S          :
ASSOCIATION FOR FIREARMS EDUCATION,     :
INC.; NEW YORK STATE AMATEUR            :
TRAPSHOOTING ASSOCIATION, INC.;         :
BEDELL CUSTOM; BEIKIRCH AMMUNITION      :
CORPORATION; BLUELINE TACTICAL &        :
POLICE SUPPLY, LLC; WILLIAM NOJAY,      :
THOMAS GALVIN; and ROGER HORVATH,       :
                                        :
                 Plaintiffs.            :
                                        :
         v.                             :      Civil
                                               No.:_____
                                        :
ANDREW M. CUOMO, Governor of the State of  :
New York; ERIC T. SCHNEIDERMAN, Attorney   :
General of the State of New York; JOSEPH A. :
D'AMICO, Superintendent of the New York State :
Police; FRANK A. SEDITA, III, District   :
Attorney for Erie County; and GERALD J. GILL, :
Chief of Police for the Town of Lancaster, :
New York,                                :
                                        :
                 Defendants.             :

**SUMMONS IN A CIVIL ACTION**

To: Joseph A. D'Amico,
    Superintendent of the State of New York
    New York State Police
    1220 Washington Avenue
    Building 22
    Albany, NY 12226-2252


A lawsuit has been filed against you.

Within 21 days after service of this summons on you ( not counting the day you received it)- or 60 days if you are the United States or a United States agency, or an officer or

employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff of Plaintiff's attorney, whose name and address are:

Brian T. Stapleton
GOLDBERG SEGALLA LLP
11 Marine Avenue, Suite 750
White Plains, New York 10606-1934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:_____          _____
                                                 Signature of Clerk or Deputy Clerk