UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Index No. 1:13-CV-00291 - WMS

NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., et al.

Plaintiff(s)/Petitioner(s)

against

} *AFFIDAVIT OF SERVICE*

ANDREW M. CUOMO, Governor of the State of New York, et al.

Defendant(s)/Respondent(s)

WILLIAM COLLINS
Legal Records Supervisor

STATE OF NEW YORK, COUNTY OF ALBANY
MICHAEL ALVARO, being sworn, says that deponent is not a party to this action, is over 18 years of age and resides at Albany, New York. That on MARCH 28, 2013 at 1:05pm at Justice Building, Empire State Plaza, Albany, NY deponent served the within

- ☐ Summons with Notice
- ☐ Summons and Complaint
- ☐ Summons and Verified Complaint
- ☐ Summons with Notice/Action for Divorce
- ☐ Subpoena with Notice to Take Deposition
- ☐ Subpoena for Testimony
- ☐ Subpoena Duces Tecum
- ☐ Citation
- ☐ Three Day Notice
- ☐ Notice of Petition and Petition
- ☐ Order to Show Cause
- ☒ Summons In A Civil Action with Complaint

upon   **ERIC SCHNEIDERMAN, Attorney General of New York State**

☒ defendant
☐ respondent   } (hereinafter called the recipient)   } therein named
☐ witness

☐ **INDIVIDUAL** — by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient herein.

☒ **CORPORATE / BUSINESS ENTITY** — a Government Corporation, by delivering thereat, a true copy of each to **WILLIAM COLLINS, Legal Records Supervisor** at the Attorney General's Office / Designated Agent For Service of Process

☐ **SUITABLE AGE PERSON** — by delivering thereat, a true copy of each to   , a person of suitable age and discretion. Said premises is recipient's within the state.

☐ **AFFIXING TO DOOR, ETC.** — by affixing a true copy of each to the door of said premises, which is recipient's within the state. Deponent was unable, with due diligence, to find the recipient or a person of suitable age and discretion, thereat, having called there:

Deponent talked to   at said premises who stated that recipient ☐ lived there ☐ worked there.

☐ **MAILING** — ☐ Deponent also enclosed a copy of same, in a postpaid sealed wrapper, bearing first class postage, properly addressed to recipient's, at   and deposited same at a United States Post Office.
☐ mailing was made by certified mail (Receipt No.   )
☐ with return receipt requested.
Date of Mailing:

### Description of Individual Served

| | | |
|---|---|---|
| Sex: M | Color of Skin: WHITE | Color of Hair: Grey |
| Approximate Age: 50 +/- | Approximate Weight: 200 +/- | Approximate Height: 6' +/- |
| Other identifying features: | ☐ Balding  ☐ Mustache | ☐ Beard  ☒ Glasses |

☐ **WITNESS FEES** — Traveling expense and one day witness fee: $   ☐ was paid (tendered to the recipient)
☐ was mailed to the witness with subpoena copy

☒ **MILITARY SERVICE** — I asked the person spoken to whether recipient is in the active military service of the United States or of the State of New York and received a negative reply.

Sworn before me on 3/28/13

_____
Notary Public

GARY T. SMITH
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01SM5053659
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES DECEMBER 26, 2013

_____
MICHAEL ALVARO   518-438-8987

**ALBANY INVESTIGATION
AND PROCESS SERVICES, LLC
50 COLVIN AVE SUITE 203
ALBANY, NY 12206**