| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK | Index No. 1:13-CV-00291 - WMS |

NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., et al.

Plaintiff(s)/Petitioner(s)

against

} AFFIDAVIT OF SERVICE

ANDREW M. CUOMO, Governor of the State of New York, et al.

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF ALBANY
MICHAEL ALVARO, being sworn, says that deponent is not a party to this action, is over 18 years of age and resides at Albany, New York
That on MARCH 28, 2013 at 12:57pm at THE CAPITOL, State Street, Albany, NY deponent served the within

- ☐ Summons with Notice
- ☐ Summons and Complaint
- ☐ Summons and Verified Complaint
- ☐ Summons with Notice/Action for Divorce
- ☐ Subpoena with Notice to Take Deposition
- ☐ Subpoena for Testimony
- ☐ Subpoena Duces Tecum
- ☐ Citation
- ☐ Three Day Notice
- ☐ Notice of Petition and Petition
- ☐ Order to Show Cause
- ☒ Summons In A Civil Action with Complaint

upon   ANDREW M. CUOMO, Governor of the State of New York

☒ defendant  ☐ respondent  ☐ witness   } (hereinafter called the recipient) } therein named

☐ INDIVIDUAL   by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient herein.

☒ CORPORATE /   a Government Corporation, by delivering thereat, a true copy of each to   DENISE GAGNON, Legislative Assistant in the
BUSINESS ENTITY   Governor's Office / Authorized To Accept

☐ SUITABLE
AGE PERSON   by delivering thereat, a true copy of each to   ,
a person of suitable age and discretion. Said premises is recipient's within the state.

☐ AFFIXING TO
DOOR, ETC.   by affixing a true copy of each to the door of said premises, which is recipient's within the state.
Deponent was unable, with due diligence, to find the recipient or a person of suitable age and discretion, thereat, having called there:

Deponent talked to   at said premises who stated that recipient ☐ lived there ☐ worked there.

☐ MAILING   ☐ Deponent also enclosed a copy of same, in a postpaid sealed wrapper, bearing first class postage, properly addressed to recipient's , at   and deposited same at a United States Post Office.
☐ mailing was made by certified mail (Receipt No.   )
☐ with return receipt requested.
Date of Mailing:

**Description of Individual Served**

| | | |
|---|---|---|
| Sex: F | Color of Skin: WHITE | Color of Hair: DK BLONDE / shorter |
| Approximate Age: 40 +/- | Approximate Weight: 140 +/- | Approximate Height: 5'7" +/- |

Other identifying features:   ☐ Balding  ☐ Beard
  ☐ Mustache  ☐ Glasses

☐ WITNESS
FEES   Traveling expense and one day witness fee: $   ☐ was paid (tendered to the recipient)
☐ was mailed to the witness with subpoena copy

☒ MILITARY
SERVICE   I asked the person spoken to whether recipient is in the active military service of the United States or of the State of New York and received a negative reply.

Sworn before me on 3/28/13

Notary Public
GARY T. SMITH
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01SM5053659
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES DECEMBER 26, 20/3

MICHAEL ALVARO   518-438-8987

ALBANY INVESTIGATION
AND PROCESS SERVICES, LLC
50 COLVIN AVE SUITE 203
ALBANY, NY 12206