| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK | Index No. 1:13-CV-00291 - WMS |

Plaintiff(s)/Petitioner(s)

NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., et al.

against   } **AFFIDAVIT OF SERVICE**

ANDREW M. CUOMO, Governor of the State of New York, et al.

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF ALBANY
MICHAEL ALVARO, being sworn, says that deponent is not a party to this action, is over 18 years of age and resides at Albany, New York
That on MARCH 28, 2013 at 1:05pm at NYSP Headquarters, State Campus Building 22, Albany, NY deponent served the within

- ☐ Summons with Notice
- ☐ Summons and Complaint
- ☐ Summons and Verified Complaint
- ☐ Summons with Notice/Action for Divorce
- ☐ Subpoena with Notice to Take Deposition
- ☐ Subpoena for Testimony
- ☐ Subpoena Duces Tecum
- ☐ Citation
- ☐ Three Day Notice
- ☐ Notice of Petition and Petition
- ☐ Order to Show Cause
- ☒ Summons In A Civil Action with Complaint

upon   **JOSEPH A. D'AMICO, Superintendent of the State of New York New York State Police**
☒ defendant   ☐ respondent   ☐ witness   (hereinafter called the recipient)   therein named

☐ **INDIVIDUAL**   by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient herein.

☒ **CORPORATE /**   a Government Corporation, by delivering thereat, a true copy of each to **STEPHEN HOGAN, New York State Police Counsel /**
**BUSINESS ENTITY**   **Authorized To Accept**

☐ **SUITABLE AGE PERSON**   by delivering thereat, a true copy of each to   ,
a person of suitable age and discretion. Said premises is recipient's within the state.

☐ **AFFIXING TO DOOR, ETC.**   by affixing a true copy of each to the door of said premises, which is recipient's within the state.
Deponent was unable, with due diligence, to find the recipient or a person of suitable age and discretion, thereat, having called there:

Deponent talked to   at said premises who stated that recipient ☐ lived there ☐ worked there.

☐ **MAILING**   ☐ Deponent also enclosed a copy of same, in a postpaid sealed wrapper, bearing first class postage, properly addressed to recipient's , at   and deposited same at a United States Post Office.
☐ mailing was made by certified mail (Receipt No.   )
☐ with return receipt requested.
Date of Mailing:

**Description of Individual Served**

Sex: M   Color of Skin: WHITE   Color of Hair: Brown

Approximate Age:  50 +/-   Approximate Weight: 200 +/-   Approximate Height: 6' +/-

Other identifying features:   ☐ Balding   ☐ Beard   ☐ Mustache   ☒ Glasses

☐ **WITNESS FEES**   Traveling expense and one day witness fee: $   ☐ was paid (tendered to the recipient)
☐ was mailed to the witness with subpoena copy

☒ **MILITARY SERVICE**   I asked the person spoken to whether recipient is in the active military service of the United States or of the State of New York and received a negative reply.

Sworn before me on   3/28/13

Notary Public

GARY T. SMITH
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01SM5053659
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES DECEMBER 26, 20 13

MICHAEL ALVARO   518-438-8987

**ALBANY INVESTIGATION
AND PROCESS SERVICES, LLC
50 COLVIN AVE SUITE 203
ALBANY, NY 12206**