# EXHIBIT B
## (2 of 3)

## 6.10 Hand guard

- MSR owners are evenly split on having rails or not having rails on their MSR



## 6.11 Finish color

- Black is by far the most popular finish color with 83% of recent MSRs.



© 2010 NSSF

## 6.12 Barrel and Operation

- 62% of most recent MSRs had a threaded barrel, 64% had a flash hider, 54% had a 16" barrel and 62% operate on a direct gas impingement.





- Top "other" responses include:
  1) neither flash hider or muzzle break





## 7   FUTURE PURCHASE INTENTIONS

### 7.1   Likelihood of buying a new MSR in next 12 months



The most likely sub-groups to buy a new MSR in the next 12 months are:

- Multiple MSR owners
- Frequent users
- The more affluent groups
- The under 35s.

## 7.2   Currently own and likely to buy

| | Currently Own (% of respondents) | Plan to buy in next 12 months (% of respondents) |
|---|---|---|
| Rifle sling | 81% | 12% |
| Soft carrying case | 70% | 10% |
| Mounted rifle scope | 68% | 16% |
| Hard carrying case | 61% | 10% |
| Backup iron sights | 59% | 10% |
| Tactical flashlight | 58% | 16% |
| Spotting scope | 52% | 18% |
| Bipod | 51% | 17% |
| Railed handguard | 51% | 15% |
| Vertical foregrip | 40% | 15% |
| Stock upgrade | 39% | 15% |
| Tactical apparel | 37% | 11% |
| Trigger upgrade | 33% | 24% |
| Range finder | 32% | 23% |
| Laser optic | 26% | 17% |
| Night vision | 10% | 18% |
| Laser designator | 10% | 10% |
| Sound suppressor | 6% | 19% |

n = 6,188 – 7,054

Top 5 most owned:

1. Rifle sling
2. Soft carrying case
3. Mounted rifle scope
4. Hard carrying case
5. Backup iron sights

Top 5 most likely to buy in next 12 months:

1. Trigger upgrade
2. Range finder
3. Sound suppressor
4. Spotting scope
5. Night vision

© 2010 NSSF

# 8   MSR USAGE

## 8.1   Reasons for owning MSR



Multiple MSR owners give higher importance ratings for:

- Collecting
- Competition shooting
- Big game hunting
- Professional use.





Avid users (24+ times used per year) give higher importance ratings for:

- Varmint and big game hunting
- Competition shooting
- Professional use



## 8.2   Usage







Usage patterns are very similar across most sub-groups. Younger, range members and multiple MSR owners tend to use their MSRs more.

## 8.3   Frequency of usage



- The average times used among all MSR users was 16.7 times in the last 12 months.



Usage frequency is higher among:

- Range members
- Multiple MSR owners.

## 8.4   Year/Year MSR Usage





Range members were more likely to have increased their usage over the last 12 months compared to the previous year.

## 8.5   Where used





© 2010 NSSF



Multiple MSR owners are relatively more likely to shoot:

- At a private range
- Competition
- As part of work
- Avid users (shooting 24+ times a year) are more likely to shoot: at all venues.

## 8.6   Able to shoot MSR as often as would like



- 82% of non-range members were not able to shoot their MSRs as often as they would like in the last 12 months. Although this drops to 76% for range members there is still the vast majority of MSR owners that don't get to shoot as often as they would like.

## 8.7   Barriers to shooting MSR more frequently



- Lack of time and the cost of ammunition are the two most important reasons for not being able to shoot as often as they would like.
- Non-range users are more likely to say cost of range fees has an impact but is still placed in the bottom two in terms of importance.

## 8.9   Ammo used



**What is the % breakdown of the ammunition you used in the last 12 months for your MSR?**

Import Ammo 12%

"Budget" Factory Loads / Bulk packs 42%

Handloads / Reloads 21%

Premium factory loads 25%

n = 6,984

- Budget factory loads are used 42% of the time with premium loads accounting for 25%.

## 8.10   Number of rounds fired in last 12 months and forecast

|  | Last 12 months | 2011 Projection |
|---|---|---|
| None | 6% | 0% |
| 1-50 | 2% | 2% |
| 51 - 100 | 5% | 4% |
| 101 - 200 | 9% | 8% |
| 201 - 400 | 16% | 14% |
| 401 - 600 | 16% | 17% |
| 601 - 800 | 7% | 9% |
| 801 - 1,000 | 12% | 15% |
| 1,001 - 3,000 | 19% | 22% |
| 3,001 - 5,000 | 4% | 6% |
| 5,001 - 10,000 | 2% | 3% |
| 10,001 + | 0% | 1% |

n = 7,029

- A quarter of MSR owners fired 1,000 rounds or more in 2010. 32% anticipate firing more than 1,000 rounds in 2011.
- The average number of rounds fired was 1,056.

**MSR Consumer Report 2010**

## 8.11 Ammo buying



- 43% of owners buy 500+ rounds at one time. This rises to 57% for multiple MSR owners.

## 8.12 Reloading



- 45% of MSR owners reload their own ammunition. This rises to 54% for multiple MSR owners.



- 7 out of 10 reloaders reload 50% or more of their ammo, 32% reload 90% or more.

## 8.13 MSR shooting distance



- The most popular distance to fire MSRs is 100-300 yards. Multiple MSR owners tend to shoot slightly longer distance.

n = 7,029

## 8.14 Who do you MSR shoot with

- 20% of MSR owners shoot alone. The most popular shooting party size is 2 with 45% of occasions.



## 8.15 Other firearm shooting activity

|  | Other Firearm | MSR |
|---|---|---|
| Handgun Target Shooting | 72% | n/a |
| Hunting Big Game | 37% | 13% |
| Skeet Shooting | 34% | n/a |
| Rifle Target Shooting | 32% | 86% |
| Hunting Small Game | 31% | 23% |
| Sporting Clays | 30% | n/a |
| Trap Shooting | 30% | n/a |
| Hunting Varmint | 19% | 37% |
| Competition Shooting | 11% | 14% |

n = 7,387

- MSR owners participate in a wide variety of other shooting and hunting activities with other firearms. Nearly three-quarters also participate in handgun target shooting. Around a third also take part in big game hunting, skeet shooting, rifle target shooting, small game hunting and trap shooting.

## 9   PROFILES

### 9.1   Single MSR owners vs Multiple MSR owners



Multiple MSR owners are relatively more likely to be:

- A range member
- A frequent or avid user
- From a military background
- Age 35-44
- Earn over $75,000
- No children at home

- Competition shooter
- Hunt using the MSR
- Recent MSR buyer
- Heavily accessorized  MSR
- High spenders on MSR and accessories

Please note: some of the percentages for each sub-group will not add to 100% due to non-responses

## 9.2   Range Member vs Non-Range Member



Range members are relatively more likely to be:

- Own multiple MSRs
- An avid MSR user
- Age under 45
- Income over $75K
- Well educated
- Have no children at home
- A competition shooter

- A recent MSR buyer
- Heavily accessorized
- Premium MSR buyer
- Very likely to buy an MSR in the next 12 months.

Please note: some of the percentages for each sub-group will not add to 100% due to non-responses

## 9.3   Infrequent MSR User vs Avid User



Avid MSR users are relatively more likely to be:

- A range member
- Own multiple MSRs
- Military background
- Age 45 and over

- Competition shooter, hunters and use MSR for work/law enforcement
- A recent MSR buyer
- A premium MSR buyer
- Heavily accessorized MSR

Please note: some of the percentages for each sub-group will not add to 100% due to non-responses

## 9.4   Target Shooters vs Hunters



Target shooters and hunters have very similar profiles. Hunters are slightly more likely to be:

- Multiple MSR owners
- Not be a member of a range
- Less well educated
- Be an avid user
- More likely to buy an MSR in the next 12 months.

Please note: some of the percentages for each sub-group will not add to 100% due to non-responses

## 9.5   Owners who don't use their MSRs



Non-MSR users are relatively more likely to be:

- Single MSR owners
- Non-range member
- Age over 45
- No children at home
- Have fewer accessories
- Spend less on MSR
- Less likely to buy in the next 12 months.

Please note: some of the percentages for each sub-group will not add to 100% due to non-responses