# EXHIBIT B
## (3 of 3)

## 9.6 Premium Buyers



Premium buyers are relatively more likely to be:

- A range member
- Own multiple MSRs
- Avid users
- High spenders on accessories
- Very likely to buy in next 12 months.

Please note: some of the percentages for each sub-group will not add to 100% due to non-responses

### 9.7   Owners of Heavily Accessorized MSRs



Owners of heavily accessorized MSRs are relatively more likely to be:
- A range member
- Own multiple MSRs
- Avid users
- Use MSR for work
- Premium MSR buyer
- Very likely to buy MSR in the next 12 months.

Please note: some of the percentages for each sub-group will not add to 100% due to non-responses

## 9.8   Likely MSR Buyers



**Profile - Likely MSR Buyers**

Likely MSR buyers are relatively more inclined to be:
- A range member
- Own multiple MSRs
- Avid users
- Age under 45
- Income >$75K
- Children at home
- Recent buyer and high accessory spender

Please note: some of the percentages for each sub-group will not add to 100% due to non-responses

## 9.9   Likely Accessory Buyers



- The profile of likely accessory buyers is very similar to the overall profile of MSR owners indicating the high potential across all sub-groups.

Please note: some of the percentages for each sub-group will not add to 100% due to non-responses

## 9.10 Military vs Non-Military



MSR owners with a military background are relatively more likely to be:

- Range members
- Age 45+
- Higher income
- Slightly less well educated
- Multiple MSR owner

Please note: some of the percentages for each sub-group will not add to 100% due to non-responses

9.11 Favorite MSR related Magazine's in alphabetical order

| Favorite Magazine |
| --- |
| American Hunter |
| American Rifleman |
| Gun Digest |
| Guns |
| Guns and Ammo |
| Handloader |
| Rifle Shooter |
| Shooting Illustrated |
| Shooting Times |
| Shotgun News |
| Small Arms Review |
| SWAT |
| Tactical Weapons |

9.12 Favorite MSR related Website/Blog(s) in alphabetical order

| Favorite Website/Blog |
| --- |
| 450Bushmaster.net |
| AR15.com |
| ar15armory.com |
| Argunsandhunting.com |
| Brownells.com |
| calguns.net |
| dpmsinc.com |
| gunblast.com |
| GunBroker.com |
| GunDigest.com |
| GunsandAmmo.com |
| m4carbine.net |

# 10 CLUSTER ANALYSIS/MARKET SEGMENTATION

Explanation of Cluster Analysis/Market Segmentation Analysis

A Cluster Analysis or Market Segmentation is a concept that was developed to help marketers identify specific consumer groups based on a specific set and sub-set of demographic and specific product usage patterns. Market segmentation means dividing the market into distinct groups of individual segments or clusters with similar wants or needs and behaviors.  A market segment or cluster is a sub-set of a people.  In this case it is MSR owners with one or more characteristics that cause them to demand similar product and/or services based on  qualities of those products: such as, usage, activity and demographics. A true market segment meets all of the following criteria: it is distinct from other segments (different segments have different needs), it is homogeneous within the segment (exhibits common needs), and it responds similarly to a market stimulus and media.

Using a cluster analysis technique and the following variables:
- Age
- Reasons for owning
- What is your estimated yearly household income?
- How many MSRs do you own?
- Law Enforcement or Military

We established 5 clusters:
1. Young and Infrequent
2. MSR Work and Play
3. The Great Outdoors
4. Avid Veterans
5. Non-Avid Veterans



**MSR Clusters**

5. Non-Avid Veterans 18%
1. Young and Infrequent 28%
4. Avid Veterans 16%
3. The Great Outdoors 23%
2. MSR Work and Play 15%

**How to Read the Cluster Charts**
**In all of the cluster charts the sample profile is 0. An index of +20 means the cluster is 20% more likely to exhibit that behavior. So for example Cluster 1 is 21% more likely to own a single MSR and 15 less likely to own multiple MSRs.**

n = 7,372

## 10.1 Cluster 1 - Young and Infrequent



Cluster 1 – Young and Infrequent make up 28% of MSR owners. They tend to be:

- Non-military
- Age under 35
- Well educated
- Non-hunters
- Less likely to buy an MSR in the next 12 months
- Less likely to hunt or compete.



## 10.2 Cluster 2 – MSR Work and Play



Cluster 2 – MSR Work and Play make up 18% of MSR owners. They tend to be:

- Avid, multiple MSR owners
- Military background
- Age under 35
- Competition shooters
- Go hunting
- Use MSR for work.



## 10.3 Cluster 3 – The Great Outdoors



The Great Outdoors accounts for 23% of MSR owners. They tend to be:

- Age under 45
- Lower income
- Likely to buy MSR
- Less well educated
- Hunters.



## 10.4 Cluster 4 – Avid Veterans



Avid Veterans account for 16% of all MSR owners. They tend to be:

- Age over 35
- Well educated
- Collectors
- Hunters.



## 10.5 Cluster 5 – Non-Avid Veterans



**5. Non-Avid Veterans**
Index - All MSR Owners =0

| Category | Value |
|---|---|
| Own 1 MSR | 29 |
| Own 2+ MSRs | -21 |
| Range member | 8 |
| Non-member Range | -8 |
| Infrequent user | 34 |
| 4-11 times | 2 |
| 12-23 times | -21 |
| Avid user | -28 |
| Military / L.E. | 98 |
| Non-Military | -79 |
| Age - Under 35 | -94 |
| Age - 35-44 | -69 |
| Age - 45+ | 55 |
| Income - up to $75K | 24 |
| Income - $>$75K | -21 |
| Education - Bachelors or higher | -8 |
| Education - Less than Bach. | 10 |
| Children in home | -45 |
| No children in home | 32 |
| Target shoot MSR | -3 |
| Competition shoot | -26 |
| Hunt using MSR | -35 |
| Use MSR for work/law enforcement | -58 |
| Haven't used MSR last 12 months | 79 |
| Recent buyer | -13 |
| Premium MSR buyer (>$1500) | -25 |
| Heavily accessorised MSR | -46 |
| High spend accessories | -33 |
| Very likely to buy MSR in next 12 months | -39 |
| Plan to buy accessories next 12 months | -17 |

n = 7,372

Non-Avid Veterans account for 18% of all MSR owners. They tend to be:

- Non users
- Single MSR
- Less likely to buy MSR and accessories
- Age 45+
- No children at home
- Lower income



**Reasons for Buying MSR**

| Reason | All MSR Owners | 5. Non-Avid Veterans |
|---|---|---|
| Recreational Target... | 8.93 | 8.49 |
| Home defense | 7.75 | 6.87 |
| Collecting | 6.26 | 4.57 |
| Varmint Hunting | 6.16 | 4.94 |
| Competition shooting... | 4.43 | 3.19 |
| Big Game Hunting | 4.11 | 2.28 |
| Professional Use / Job... | 2.45 | 1.31 |

n = 7,372

# 11  CROSS-TABULATIONS

The following data is provided to allow reader to perform additional detailed and specific analysis.

Q2.2 How many MSRs do you own?

Q2.3 When did you purchase / obtain your first MSR?

Q2.4 Which of the following did you purchase or even previous to owning a MSR?

Q3.3 Where did you first gain interest in MSR's?

Q3.6 Law Enforcement / Military (Active or former)

Q3.8 Do you currently have a membership at a local shooting range?

Q13. What type of scope?

Q14. Which magazine capacity do you use the most in your most recent MSR?

Q15. What type of stock do you use on your most recent MSR?

Q16. What type of upper receiver is on your most recent MSR?

Q17. What type of hand guard is on your most recent MSR?

Q18. What type of finish color is on your most recent MSR?

Q3.15 Is the barrel on your most recent MSR?

Q3.20 Does the barrel on your most recent MSR have a?

Q3.21 What is the barrel length?

Q3.22 Does your MSR operate on a?

Q3.33 How likely are you to purchase a new MSR in the next 12 month(s)? [average]

Q4.1a Bipod

Q4.1b Mounted Rifle Scope

CXL4 Spotting Scope

CXL6 Range Finder

CXL6 Rifle Sling

CXL7 Tactical Flashlight

CXL2 Tactical Apparel

CXL9 Night Vision

CXL3 Tactical Foregrip

CXL1 Laser Optic

CA-1a Rolled Handguard

CA-1b Stock Upgrade

CA-1c Hand Carrying Case

CA-1d Soft Carrying Case

CA-1e Trigger Upgrade

CA-1f Backup Iron Sights

CA-1g Sound Suppressor

CA-1h Laser Designator

Q4.1 Please rank the following reasons on a scale of 1-10 for you owning a MSR:

Q4.2 Have you used a MSR in the last 12 months?

Q4.3 Approximately how many times in the last 12 months have you used your MSR?

Q4.4 Did you shoot your MSR more, less, about the same in the last 12 months compared to the year before?

Q5.1 In the last 12 months, about how many rounds of MSR ammo did you shoot your MSR?

Q5.2 What is the % breakdown of the ammunition have you used in the last 12 months for your MSR?

Q3.13 Participation (MSR & Other)

Q3.14 ...

Q3.15 When you go target shooting with your MSR do you generally shoot (or shooting?)

Q3.16 How important are each of the following in preventing you from shooting your MSR more often? (Average)

## Q6.? Age

## Q6.4 Marital Status

## Q6.5 Education

## Q6.10 HH Income

## Q6.11 Do you have any children living with you?



11 Mile Hill Road
Newtown, CT 06470-2359
T: 203.426.1320
F: 203.426.1087
www.nssf.org

© 2010 National Shooting Sports Foundation, Inc. All Rights Reserved

*Report provided by NSSF Research.
For additional research materials,
please visit www.nssf.org/research*

PROMOTE    PROTECT    PRESERVE