IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
Buffalo Division

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., et al.,   ) ) ) | |
| Plaintiffs,   ) ) | Case No.: 1:13-cv-00291-WMS |
| v.   ) ) | **NOTICE OF MOTION** |
| ANDREW M. CUOMO, et al.,   ) ) | |
| Defendants.   ) ) | |

**PLAINTIFFS' MOTION FOR AN EXPEDITED HEARING**

**PLEASE TAKE NOTICE** that Plaintiffs NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC.; WESTCHESTER COUNTY FIREARMS OWNERS ASSOCIATION, INC.; SPORTSMEN'S ASSOCIATION FOR FIREARMS EDUCATION, INC.; NEW YORK STATE AMATEUR TRAPSHOOTING ASSOCIATION; BEDELL CUSTOM; BEIKIRCH AMMUNITION CORPORATION; BLUELINE TACTICAL & POLICE SUPPLY, LLC; BATAVIA MARINE & SPORTING SUPPLY; WILLIAM NOJAY; THOMAS GALVIN; and ROGER HORVATH, through its undersigned counsel, will move, and hereby do move, this Court for an Order, pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 7.1(d), for an Order Expediting the Hearing of Plaintiffs' contemporaneously-filed MOTION for preliminary injunction enjoining the implementation and enforcement of The Secure Ammunition and Firearms Enforcement Act of 2013 pursuant to Rule 65(a) of the Federal Rules of Civil Procedure.

Plaintiffs submit the Affidavit of Brian T. Stapleton, sworn to April 15, 2013, and a proposed Order herewith.

GOLDBERG SEGALLA, LLP
11 Martine Ave., 7th Floor
White Plains, NY 10607
(914) 798-5400

1

| | |
|---|---|
| Dated: April 15, 2013 | Respectfully Submitted, |
| LAW OFFICE OF STEPHEN HALBROOK | GOLDBERG SEGALLA, LLP |
| By: /s/    Stephen P. Halbrook_____<br>Stephen P. Halbrook, Esq.<br>*Pro Hac Vice* (pending)<br>3925 Chain Bridge Road, Suite 403<br>Fairfax, VA 22030<br>(703) 352-7276<br>protell@aol.com | By: /s/    Brian T. Stapleton_____<br>Brian T. Stapleton, Esq.<br>Matthew S. Lerner. Esq.<br>Martine Avenue, Suite 750<br>White Plains, New York 10606-1934<br>(914) 798-5400<br>bstapleton@goldbergsegalla.com<br><br>*Counsel For Plaintiffs* |

## **CERTIFICATION**

I hereby certify that on April 15, 2013, a copy of the foregoing MOTION FOR EXPEDITED HEARING was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing was will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

GOLDBERG SEGALLA, LLP


By:   /s/   Brian T. Stapleton
     Brian T. Stapleton, Esq. (BS 5640)