PPB-11 (04/13)

# NEW YORK STATE POLICE
## ASSAULT WEAPON(S) REGISTRATION

### INSTRUCTIONS:
- Print or type in black ink only.
- Mail your completed application to the address listed on the back.

### APPLICANT'S INFORMATION:

| Last Name | First Name | MI | Date of Birth (MM/DD/YYYY) | Gender |
|---|---|---|---|---|
| Social Security Number (Last 4 Digits) XXX-XX- | NY Driver's License (or NY Non-Driver ID) Number | | Email Address | |
| Mailing Address (and physical address if different) | | | County of Residence | |

### ASSAULT WEAPON INFORMATION:

| WEAPON TYPE | MANUFACTURER | MODEL | CALIBER | SERIAL NUMBER | ANTIQUE |
|---|---|---|---|---|---|
| ☐ Rifle ☐ Shotgun ☐ Pistol | | | | | ☐ Yes ☐ No |
| ☐ Rifle ☐ Shotgun ☐ Pistol | | | | | ☐ Yes ☐ No |
| ☐ Rifle ☐ Shotgun ☐ Pistol | | | | | ☐ Yes ☐ No |
| ☐ Rifle ☐ Shotgun ☐ Pistol | | | | | ☐ Yes ☐ No |

### ANTIQUE HIGH CAPACITY MAGAZINE:

| MANUFACTURER OF ASSOCIATED WEAPON | MODEL | CALIBER | CAPACITY |
|---|---|---|---|
| | | | |
| | | | |

I hereby affirm that I am not prohibited from possessing a firearm under state or federal law. False statements made herein are punishable as a class A misdemeanor.

Date: _____     _____
(Applicant Signature)

Mail to:
**New York State Police**
Pistol Permit Bureau
1220 Washington Avenue, Building 22
Albany, New York 12226-2252

| FOR OFFICIAL USE ONLY | |
|---|---|
| Registration Approved by: | |
| Date: | Time: | Registration Number: |
| *(Weapon(s) must be recertified within five years from this date.)* | |

**NOTE:**

- Weapon(s) can only be transferred, exchanged, or disposed of, to an authorized firearms dealer, law enforcement agency or officer, or an individual or entity outside of New York State. Transfers outside of New York State must be reported to the New York State Police Pistol Permit Bureau, where the weapon is registered, within 72 hours of such transfer.

- The New York State Police, Pistol Permit Bureau must be notified of ANY changes/corrections to your information (i.e.: name, address, email address). Notification can be made electronically or by mailing an **ASSAULT WEAPON(S) REGISTRATION AMENDMENT** (PPB -13) form. This form is available on the New York State Police website at www.troopers.ny.gov