

# RIFLES THAT ARE NOT CLASSIFIED AS ASSAULT WEAPONS

*Please note this list is not exhaustive and only includes some of the most common models*

# Rifles that ARE NOT classified as assault weapons:

Browning A-Bolt
Browning A-Bolt III
Browning BAR
Browning BAR LongTrac Series
Browning BAR ShortTrac series
(*Except ShortTrac Hog Stalker Realtree Max-1*)
Browning BAR Stalker Series
Browning BL 22
Browning BLR Series
BAR Safari
Browning Semi-Auto 22
Browning T-Bolt Series
CZ 527 Varmint

David Pedersoli 1886
Henry .22
Henry Pump Octagon
Marlin 308 Series
Marlin 336C
Marlin 338 Series
Marlin 795
Marlin 1894
Marlin Model Golden 39A
Marlin X7 Series
Marlin XLR Series
Marlin XT

# Rifles that ARE NOT classified as assault weapons:

Mossberg 30-30
Mossberg 702
Remington Junior Target 521TL
Remington Keene rifle
Remington Nylon 66
Remington M1903 Springfield rifle
Remington Model 5
Remington Model 6
Remington Model 7
Remington Model 14
Remington Model 30
Remington Model 34

Remington Model 40
Remington Model 121 Fieldmaster
Remington Model 141
Remington Model 241
Remington 270
Remington 336
Remington Model 504
Remington Model 511 Scoremaster
Remington Model 512 Sportmaster
Remington Model 513
Remington Model 572 Fieldmaster



# Rifles that ARE NOT classified as assault weapons:

Remington Model 600
Remington Model 660
Remington Model 673
Remington Model 700
Remington Model 710
Remington Model 721
Remington Model 722
Remington Model 725
Remington 760
Remington Model 770
Remington Model 788
Remington Model 798
Remington Model 799

Remington 7600
Remington Modular Sniper Rifle
Remington XM2010 ESR
Remington Woodmaster
Savage 11/111 BTH Hunter Series
Savage 11/111 FCNS Hunter Series
Savage 12 BTCSS Varmint Series
Savage 12 BVSS Varmint Series
Savage 12 FCV Varmint Series
Savage 12 FLV Varmint Series
Savage 12 FV Varmint Series

# Rifles that ARE NOT classified as assault weapons:

Savage 12 LRPV Left Port Varmint Series
Savage VLP DBM Varmint Series
Savage 14/114 American Classic
Savage 14/114 American Classic Stainless
Savage 17 Series 93R17 BRJ
Savage 17 Series 93R17 BSEV
Savage 17 Series 93R17 BTV
Savage 17 Series 93R17 BTVLSS
Savage 17 Series 93R17 BTVS
Savage 17 Series 93R17 BVSS
Savage 17 Series 93R17 Camo
Savage 17 Series 93R17 F
Savage 17 Series 93R17 FSS
Savage 17 Series 93R17 FV

Savage 17 Series 93R17 FVSS
Savage 17 Series 93R17 GLV
Savage 17 Series 93R17 GV
Savage 17 Series 93R17 TR
Savage 17 Series 93R17 TRR-SR
Savage 25 Lightweight Varminter
Savage 25 Lightweight Varminter- T
Savage 25 Walking Varminter
Savage 64 F
Savage 64 FSS
Savage 64 G



# Rifles that ARE NOT classified as assault weapons:

- Savage 93 BRJ Magnum Series
- Savage 93 BSEV Magnum Series
- Savage 93 BTVS Magnum Series
- Savage 93 F Magnum Series
- Savage 93 FSS Magnum Series
- Savage 93 FV Magnum Series
- Savage 93 FVSS Magnum Series
- Savage 93 G Magnum Series
- Savage 93 GL Magnum Series
- Savage Axis 7mm
- Savage Axis Camo
- Savage Axis SR
- Savage Axis Stainless
- Savage Axis Stainless XP
- Savage Axis XP
- Savage Axis XP Camo
- Savage Axis XP Youth
- Savage Axis XP Youth Camo
- Savage Axis XP Youth Muddy Girl
- Savage Axis Youth
- Savage Mark II BRJ
- Savage Mark II BSEV
- Savage Mark II BTV
- Savage Mark II BTVLSS
- Savage MARK II BTVS
- Savage Mark II BV
- Savage MARK II Camo



# Rifles that ARE NOT classified as assault weapons:

Savage Mark II F
Savage Mark II FSS
Savage Mark II FV
Savage Mark II FV-SR
Savage Mark II FVT
Savage Mark II G
Savage Mark II GL
Savage Mark II GLY
Savage Mark II GY
Savage Mark II TR
Savage Mark II TRR-SR
Savage Target Series 12 Bench Rest
Savage Target Series 12 F Class
Savage Target Series 12 F/TR
Savage Target Series 12 Long Range Precision
Savage Target Series Palma

Savage Weather Series 16/116 FCSS
Savage Weather Series 16/116 FHSS
Savage Weather Series 16/116 FLHSS
Savage Weather Series 16/116 FSS
Springfield 30-06
Uberti 1866 Yellowboy
Winchester Model 70
Winchester Model 71
Winchester Model 76
Winchester Model 94
Winchester Model 1873
Winchester Model 1885
Winchester Model 1892
Winchester 1907