

# IMAGES OF PISTOLS THAT ARE NOT CONSIDERED ASSAULT WEAPONS



# Pistols
## *Not Assault*





**Ruger LCR 22 LG**

**Ruger GP 100**



# Pistols
## *Not Assault*





**Ruger Redhawk**

**Ruger Super Blackhawk**



# Pistols
## *Not Assault*



Ruger SP101



S&W 686



# Pistols
## *Not Assault*





## Charter Arms Model 53840

## Charter Arms Pathfinder



# Pistols
## *Not Assault*



**Colt King Cobra**



**Rossi R35102**



# Pistols
## *Not Assault*



## Taurus Tracker



## Taurus Model 617



# Pistols
## *Not Assault*



# S & W Model 36



# Pistols
## *Not Assault*





**Beretta BU9**

**ATI FX45**



# Pistols
## *Not Assault*



# Colt Series 70



# Pistols
## *Not Assault*





## Glock 36

## Kahr MK9



# Pistols
## *Not Assault*



**Kahr PM40**



**Kahr PM45**



# Pistols
## *Not Assault*

**Kel Tec P32PK**

**Kimber Solo Carry**

# Pistols
## *Not Assault*



# Ruger LC9



# Pistols
## *Not Assault*



## S&W 1911



## Sig Sauer P239



# Pistols
## *Not Assault*



Sig Sauer  P290



Colt 380 Mustang