

# IMAGES OF SHOTGUNS THAT ARE NOT CLASSIFIED AS ASSAULT WEAPONS



# Pump Action Shotguns
## *Not Assault*



Mossberg 500



Ithaca 37



# Pump Action Shotguns
## *Not Assault*



## Mossberg 535



## Winchester SXP Turkey



# Pump Action Shotguns
## *Not Assault*



**Browning BPS 12 GA**



**Winchester 1300**



# Pump Action Shotguns
## *Not Assault*





**IAC Hawk 982**

**Browning BPS Stalker**



# Pump Action Shotguns
## *Not Assault*



**Winchester Model 12**



**Remington Model 870**



# Side by Side Shotguns
## *Not Assault*



**Century Arms SG 1077**



**USSG model MP 220**



# Side by Side Shotguns
## *Not Assault*



**Charles Daly Model 306**



**Winchester Model 24**



# Side by Side Shotguns
## *Not Assault*



Cimaron 1878



Weatherby Athena D'Italia



# Side by Side Shotguns
## *Not Assault*



Saxton 12 GA



# Side by Side Shotgun
## *Not Assault*





# Over/Under Shotguns
## *Not Assault*

**Ruger Red Label**

**Mossberg Silver Reserve**



# Over/Under Shotguns
## *Not Assault*



**Beretta 686**



**CZ USA Canvasback**



# Semiautomatic Shotgun
## *Not Assault*



**Beretta 3901**



**Browning Maxus**