**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
Buffalo Division

| | |
|---|---|
| **NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., et al.,**<br><br>**Plaintiffs.**<br>v.<br><br>**ANDREW M. CUOMO, et al.,**<br>**Defendants.** | Case No.: 13-cv-00291-WMS |

**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION**

PLEASE TAKE NOTICE that upon the affidavit of Kristin Graham Koehler, sworn to June 21, 2013, and the petition and affidavit of Lisa E. Jones, sworn to June 21, 2013, and all the pleadings and proceedings herein, a motion will be made before this Court, at a date and time to be determined by the Court, for an Order pursuant to Rule 83.1 of the Local Rules of Civil Procedure for the United States District Court for the Western District of New York, admitting Lisa E. Jones *pro hac vice* to represent the Brady Center to Prevent Gun Violence, the Police Foundation, and the Major Cities Chiefs Association as *amici curiae* before this Court in all proceedings in this action.

Dated: June 27, 2013

Respectfully submitted,

/s/ Kristin Graham Koehler
Kristin Graham Koehler
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
kkoehler@sidley.com