UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF
Lisa E. Jones
_____
(Name)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

STATE OF NEW YORK )
                  ) ss:
COUNTY OF         )

Kristin Graham Koehler, being duly sworn deposes and says:

1. I reside at: 4417 Brandywine Street, NW, Washington, DC 20016

and maintain an office for the practice of law at: Sidley Austin, LLP - 1501 K Street, NW Washington, DC 20005

2. I am an attorney at law, admitted to practice in the Bar of the State of New York, I was admitted to practice in the United States District Court for the Western District of New York on the 9th day of May, 1995.

3. I have known the petitioner since her affiliation with Sidley and under the following circumstances: Professional affiliation as colleagues in the firm since 2012.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: I have no question about the petitioner's moral character and fitness to be admitted to practice before this Court.

Signature of Sponsoring Attorney

Sworn to before me this 21 day of June, 2013

Notary Public

Duan M. Pryor
Notary Public, District of Columbia
My Commission Expires 8-14-2015