UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

### ATTORNEY'S OATH

STATE OF <u>District of Columbia</u>
)SS:
_____ COUNTY )

I, <u>Lisa E. Jones</u> of <u>Washington, D. C.</u>
City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this _21_
day of _June_, _2013_.

_____
Notary Public

Duan M. Pryor
Notary Public, District of Columbia
My Commission Expires 5-14-2015

Rev. 2/2000