# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## ATTORNEY'S OATH

STATE OF  DISTRICT OF COLUMBIA

                             ) SS:

_____ COUNTY      )

I, __James E. Mendenhall__ of __Bethesda, Maryland__

City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United

States District Court for the Western District of New York, uprightly and accordingly to law; and I will

support the Constitution of the United States.  So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this _21_

day of __June__ , _2013_ .

_____
Notary Public

Duan M. Pryor
Notary Public, District of Columbia
My Commission Expires 5-14-2015

Rev. 2/2000