## ATTORNEY DATABASE INFORMATION
### For Newly-Admitted Attorneys

The Clerk's Office maintains a computerized database of attorneys admitted in the District. To ensure the data we enter for you is correct, please fill out the form below and submit it with your other papers when you are admitted. Our local rules require you to report name, firm affiliation, office address or phone number changes within 30 days.

### Attorney Database Input Sheet

Please print. If you use two surnames or have a hyphenated surname, please indicate how you would like the name entered into our records, i.e., first surname as middle name, both surnames in last name field, etc.

First Name: James

Middle Name or Initial: Edward

Last Name: Mendenhall

Firm: Sidley Austin LLP

Address: 1501 K Street, NW

Suite: 

City: Washington    State: DC    Zip: 20005 -

Phone: 202-736-8141    FAX: 202-736-8711

Bar ID Number: 2528743 (New York)  **Required

Date Applied: __/__/__    Date Admitted: 12/31/93

Method of Admission: pro hac vice _____ (petition, certificate of good standing, pro hac vice)