UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :

NEW YORK STATE RIFLE AND PISTOL     :
ASSOCIATION, INC., WESTCHESTER COUNTY  :  Civil No.: 1:13-CV-00291-WMS
FIREARMS OWNERS ASSOCIATION, INC.,    :
SPORTSMEN'S ASSOCIATION FOR FIREARMS  :
EDUCATION, INC., NEW YORK STATE AMATEUR :
TRAPSHOOTING ASSOCIATION, INC., BEDELL  :
CUSTOM, BEIKIRCH AMMUNITION CORPORATION, :
BLUELINE TACTICAL & POLICE SUPPLY, LLC,  :
WILLIAM NOJAY, THOMAS GALVIN, and ROGER :
HORVATH,                                        :

                Plaintiffs,

      - against -

ANDREW M. CUOMO, Governor of the State of New
York, ERIC T. SCHNEIDERMAN, Attorney General of
the State of New York, JOSEPH A. D'AMICO,
Superintendent of the New York State Police, FRANK A.
SEDITA, III, District Attorney for Erie County, and
GERALD J. GILL, Chief of Police for the Town of
Lancaster, New York,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF MOTION FOR LEAVE TO FILE PROPOSED
### BRIEF OF *AMICI CURIAE* LAW CENTER TO PREVENT GUN VIOLENCE,
### NEW YORKERS AGAINST GUN VIOLENCE, AND MOMS DEMAND ACTION
### FOR GUN SENSE IN AMERICA

PLEASE TAKE NOTICE that the LAW CENTER TO PREVENT GUN VIOLENCE,

NEW YORKERS AGAINST GUN VIOLENCE, AND MOMS DEMAND ACTION FOR GUN

SENSE IN AMERICA (collectively "*amici*"), through their undersigned counsel, hereby move

this Court to grant an Order allowing *amici* to file a brief in opposition to plaintiffs' motion for a

preliminary injunction and in support of defendants' cross-motion for summary judgment,

pursuant to this Court's "broad discretion to grant or deny an appearance as *amicus curiae* in a

given case."  *See Citizens Against Casino Gambling in Erie Cnty. v. Kempthorne*, 471 F. Supp. 2d 295, 311 (W.D.N.Y. 2007) *amended on reconsideration in part,* 2007 WL 1200473 (W.D.N.Y. 2007).

     *Amici* submit herewith a copy of the proposed brief that they request leave to file.  *Amici* certify that this brief was not written in whole or in part by the counsel for any party and that no person or entity other than the *amici*, their members, and/or counsel made a monetary contribution to the preparation and submission of this brief.  The interests of the *amici* and reasons why this Court should choose to accept the proposed brief are set forth in the accompanying Declaration of Terrence M. Connors, Esq.  Oral argument is not requested.

Dated:  Buffalo, New York
       June 28, 2013

                     Respectfully submitted,

                     s/Terrence M. Connors_____
                     TERRENCE M. CONNORS
                     CONNORS & VILARDO, LLP
                     1000 Liberty Building
                     Buffalo, New York 14202
                     Tel: (716) 852-5533

                     JONATHAN K. BAUM (*PRO HAC VICE*)
                     ALAN R. FRIEDMAN (*PRO HAC VICE*)
                     MARK T. CIANI*
                     KATTEN MUCHIN ROSENMAN LLP
                     575 Madison Avenue
                     New York, New York 10022-2585
                     Tel: (212) 940-8800
                     www.kattenlaw.com
                     *Counsel for Amici Curiae Law Center to Prevent Gun Violence, New Yorkers Against Gun Violence, and Moms Demand Action for Gun Sense in America*
                     *\*Pro hac vice* application pending