UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
Buffalo Division

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., et al.,<br><br>　　　　　　　　　Plaintiffs.<br><br>　　　v.<br><br>ANDREW M. CUOMO, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 13-cv-00291-WMS |

RULE 7.1 STATEMENT OF *AMICI CURIAE*
LAW CENTER TO PREVENT GUN VIOLENCE, NEW YORKERS AGAINST GUN VIOLENCE, AND MOMS DEMAND ACTION FOR GUN SENSE IN AMERICA

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel state that *Amici Curiae* Law Center to Prevent Gun Violence, New Yorkers Against Gun Violence, and Moms Demand Action for Gun Sense in America (collectively, "*amici*") have no stock, are not publicly held corporations, and have no parent corporations. No publicly held corporations own 10% or more of any of the *amici*.

Dated:　Buffalo, New York
　　　　June 28, 2013

By: s/Terrence M. Connors
　　　Terrence M. Connors

| | |
|---|---|
| TERRENCE M. CONNORS<br>CONNORS &VILARDO, LLP<br>1000 Liberty Building<br>Buffalo, New York 14202<br>Tel: (716) 852-5533<br>*Counsel for Amici Curiae Law Center to Prevent Gun Violence, New Yorkers Against Gun Violence, and Moms Demand Action for Gun Sense in America* | JONATHAN K. BAUM (*PRO HAC VICE*)<br>ALAN R. FRIEDMAN (*PRO HAC VICE*)<br>MARK T. CIANI*<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, New York 10022-2585<br>Tel:　(212) 940-8800<br>www.kattenlaw.com<br>*Pro hac vice* application pending |