UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

NEW YORK STATE RIFLE AND PISTOL
ASSOCIATION, INC.; WESTCHESTER
COUNTY FIREARMS OWNERS                                    13-cv-00291-WMS
ASSOCIATION, INC.; SPORTSMEN'S
ASSOCIATION FOR FIREARMS EDUCATION,
INC.; NEW YORK STATE AMATEUR
TRAPSHOOTING ASSOCIATION, INC.;
BEDELL CUSTOM; BEIKIRCH AMMUNITION
CORPORATION; BLUELINE TACTICAL &
POLICE SUPPLY, LLC; BATAVIA MARINE &
SPORTING SUPPLY; WILLIAM NOJAY,
THOMAS GALVIN, and ROGER HORVATH

       Plaintiffs,

      -v.-

ANDREW M. CUOMO, Governor of the State of
New York; ERIC T. SCHNEIDERMAN, Attorney
General of the State of New York; JOSEPH A.
D'AMICO, Superintendent of the New York State
Police; LAWRENCE FRIEDMAN, District
Attorney for Genesee County; and GERALD J.
GILL, Chief of Police for the Town of Lancaster,
New York,

       Defendants.
_____

## DECLARATION OF WILLIAM J. TAYLOR, JR.

   WILLIAM J. TAYLOR, JR. declares under penalty of perjury that the following is true and correct:

   1.  I am an Assistant Attorney General, of counsel to Eric T. Schneiderman, Attorney General of the State of New York, attorney for defendants Andrew M. Cuomo, Governor of the State of New York; Eric T. Schneiderman, Attorney General of the State of New York; and Joseph A. D'Amico, Superintendent of the New York State Police

(collectively the "State Defendants").

2.   I submit this declaration in response to the motion submitted by the Law Center to Prevent Gun Violence, New Yorkers Against Gun Violence, and Moms Demand Action for Gun Sense in America (collectively, "*Amici*") for leave to file an *amici curiae* brief in support of Defendants' cross-motion for summary judgment and in opposition to Plaintiffs' motion for a preliminary injunction (Docket No. 95).

3.   The State Defendants consent to *Amici*'s request to file its *amici curiae* brief.

Dated:   New York, New York
         July 15, 2013

                                    ERIC T. SCHNEIDERMAN
                                    Attorney General of the
                                        State of New York
                                    Attorney for the State Defendants
                                    *s/ William J. Taylor, Jr.*
                                    BY:  William J. Taylor, Jr.
                                    Assistant Attorney General
                                        of Counsel
                                    120 Broadway
                                    New York, NY 14202
                                    Telephone:  (212-416-8426
                                    Facsimile:  (212) 416-6009
                                    william.taylor@ag.ny.gov