IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., et al., | ) ) ) |
| Plaintiffs, | ) Case No.: 13-cv-00291-WMS ) |
| v. | ) ) **NOTICE OF MOTION** |
| ANDREW M. CUOMO, et al., | ) ) |
| Defendants. | ) |

**PINK PISTOLS' NOTICE OF MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that Pink Pistols, through its undersigned counsel, will move, and hereby does move, this Court, pursuant to this Court's "broad discretion to grant or deny an appearance of as *amicus curiae* in a given case," *Citizens Against Casino Gambling in Erie County v. Kempthorne*, 471 F. Supp.2d 295, 311 (W.D.N.Y. 2007), for an Order granting Pink Pistols leave to file an amicus curiae brief in support of Plaintiffs' motion for summary judgment. Pink Pistols reserves the right to file a reply in support of its motion.

Pink Pistols submits herewith a copy of the amicus curiae brief it requests leave to file and the Declaration of Richard A. Grimm, III.

Dated: August 26, 2013

Respectfully submitted,

s/ Richard A. Grimm, III
Richard A. Grimm, III
Counsel for Pink Pistols
MAGAVERN MAGAVERN GRIMM LLP
1100 Rand Building
Buffalo, NY 14203
Tel: (716) 856-3500
Fax: (716) 856-3390
Email: rgrimm@magavern.com

1