**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
Buffalo Division**

| | |
|---|---|
| **NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., et al.,** ) ) ) | |
| **Plaintiffs,** ) | **Case No.: 13-cv-00291-WMS** |
| ) | |
| **v.** ) | |
| ) | **CERTIFICATE OF SERVICE** |
| **ANDREW M. CUOMO, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

I hereby certify that on August 26, 2013, I caused the foregoing MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT dated August 26, 2013 to be electronically filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants in this case:

Alan R. Friedman
alan.friedman@kattenlaw.com

Benjamin K. Ahlstrom
benjamin.ahlstrom@ag.ny.gov

Brian Thomas Stapleton
bstapleton@goldbergsegalla.com

Carl D. Michel
cmichel@michellawyers.com

Charles J. Cooper
ccooper@cooperkirk.com

David H. Thompson
dthompson@cooperkirk.com

James Edward Mendenhall
jmendenhall@sidley.com

John G. Schmidt , Jr
jschmidt@phillipslytle.com

Jonathan K. Baum
jonathan.baum@kattenlaw.com

Kevin M. Kearney
kkearney@hodgsonruss.com

Kristin Graham Koehler
kkoehler@sidley.com

Lisa E. Jones
lisa.jones@sidley.com

Mark T. Ciani
mark.ciani@kattenlaw.com

Matthew J. Kelly
mkelly@rwgmlaw.com

Matthew S. Lerner
mlerner@goldbergsegalla.com

Monica Anne Connell
monica.connell@ag.ny.gov

Nicolas J. Rotsko
nrotsko@phillipslytle.com

Robert J. Fluskey , Jr
rfluskey@hodgsonruss.com

Sheldon W. Boyce
boyce@brennalaw.com

Stephen P. Halbrook
protell@aol.com

Terrence M. Connors
tmc@connors-vilardo.com

William James Taylor , Jr
william.taylor@ag.ny.gov

Colin J. Garry
cgarry@sidley.com


Nicolas J. Rotsko
nrotsko@phillipslytle.com


And, I hereby certify that I have mailed the foregoing MOTION FOR LEAVE TO FILE

AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY

JUDGMENT dated August 26, 2013 by the United States Postal Service to the following non-

CM/ECF participants:

Alfred S. Regnery
1611 North Kent St. #901
Arlington, VA 22209

Clinton B. Monfort
180 E. Ocean Blvd.
Ste. 200
Long Beach, CA 90802

David Martin
Law Office of David Henderson Martin
1611 North Kent Street
Suite 901
Arlington, VA 22209

Edwin Meese , III
1075 Spring Hill Road
McLean, VA 22102

Jeffrey Chamberlain
Chamberlain and Kaufman
35 Fuller Road
Albany, NY 12205

William J. Brongo
Brenna, Brenna and Boyce, PLLC
31 East Main Street
Suite 2000
Rochester, NY 14614

DATED:      Buffalo, New York
            August 26, 2013

By       s/ Richard A. Grimm, III
Richard A. Grimm, III, Esq., of counsel
MAGAVERN MAGAVERN GRIMM LLP
Counsel for Pink Pistols
Office and Post Office Address
1100 Rand Building
14 Lafayette Square
Buffalo, New York  14203
Email:  rgrimm@magavern.com
Tel:  (716) 856-3500

\99999.0010\404786