IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., et al.,** )<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>)<br>**ANDREW M. CUOMO, et al.,** )<br>)<br>**Defendants.** ) | Case No.: 13-cv-00291-WMS<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 30, 2013, I caused the foregoing AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT dated August 30, 2013 to be electronically filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants in this case:

>Alan R. Friedman
>alan.friedman@kattenlaw.com
>
>Benjamin K. Ahlstrom
>benjamin.ahlstrom@ag.ny.gov
>
>Brian Thomas Stapleton
>bstapleton@goldbergsegalla.com
>
>Carl D. Michel
>cmichel@michellawyers.com
>
>Charles J. Cooper
>ccooper@cooperkirk.com
>
>David H. Thompson
>dthompson@cooperkirk.com
>
>
>James Edward Mendenhall
>jmendenhall@sidley.com

John G. Schmidt , Jr
jschmidt@phillipslytle.com

Jonathan K. Baum
jonathan.baum@kattenlaw.com

Kevin M. Kearney
kkearney@hodgsonruss.com

Kristin Graham Koehler
kkoehler@sidley.com

Lisa E. Jones
lisa.jones@sidley.com

Mark T. Ciani
mark.ciani@kattenlaw.com

Matthew J. Kelly
mkelly@rwgmlaw.com

Matthew S. Lerner
mlerner@goldbergsegalla.com

Monica Anne Connell
monica.connell@ag.ny.gov

Nicolas J. Rotsko
nrotsko@phillipslytle.com

Robert J. Fluskey , Jr
rfluskey@hodgsonruss.com

Sheldon W. Boyce
boyce@brennalaw.com

Stephen P. Halbrook
protell@aol.com

Terrence M. Connors
tmc@connors-vilardo.com

William James Taylor , Jr
william.taylor@ag.ny.gov

        Colin J. Garry
        cgarry@sidley.com

        Nicolas J. Rotsko
        nrotsko@phillipslytle.com

And, I hereby certify that on August 30, 2013 the foregoing AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT dated August 30, 2013 was mailed by the United States Postal Service to the following non-CM/ECF participants:

        Alfred S. Regnery
        1611 North Kent St. #901
        Arlington, VA 22209

        Clinton B. Monfort
        180 E. Ocean Blvd.
        Ste. 200
        Long Beach, CA 90802

        David Martin
        Law Office of David Henderson Martin
        1611 North Kent Street
        Suite 901
        Arlington, VA 22209

        Edwin Meese , III
        1075 Spring Hill Road
        McLean, VA 22102

        Jeffrey Chamberlain
        Chamberlain and Kaufman
        35 Fuller Road
        Albany, NY 12205

        William J. Brongo
        Brenna, Brenna and Boyce, PLLC
        31 East Main Street
        Suite 2000
        Rochester, NY 14614

DATED: Buffalo, New York
August 30, 2013

                                        By  s/ Richard A. Grimm, III
                                        Richard A. Grimm, III, Esq., of counsel
                                        MAGAVERN MAGAVERN GRIMM LLP
                                        Counsel for Pink Pistols
                                        Office and Post Office Address
                                        1100 Rand Building
                                        14 Lafayette Square
                                        Buffalo, New York  14203
                                        Email:  rgrimm@magavern.com
                                        Tel:  (716) 856-3500

\99999.0010\405938