## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2013, I electronically filed a copy of the foregoing

**Brief of Amici Curiae The Brady Center To Prevent Gun Violence, The Police**

**Foundation, and The Major Cities Chiefs Association in Support of Defendants**, with the

Clerk of the District Court using its CM/ECF system, which would then electronically notify

the CM/ECF registered participants in this case. Additionally, I have mailed the foregoing to

the following case participants that are not registered CM/ECF users:

William J. Brongo
Brenna, Brenna and Boyce, PLLC
31 East Main Street
Suite 2000
Rochester, NY 14614

Jeffrey Chamberlain
Chamberlain and Kaufman
35 Fuller Road
Albany, NY 12205

David Martin
Law Office of David Henderson Martin
1611 North Kent Street
Suite 901
Arlington, VA 22209

Alfred S. Regnery
1611 North Kent St.
#901
Arlington, VA 22209

Clinton B. Monfort
Michel & Associates, P.C.
180 E. Ocean Blvd.
Suite 200
Long Beach, CA 90802

Edwin Meese, III
1075 Spring Hill Road
McLean, VA 22102

/s/ Lisa E. Jones
Lisa E. Jones
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8256