AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

NEW YORK STATE RIFLE AND
PISTOL ASSOCIATION, INC. et al.,        **JUDGMENT IN A CIVIL CASE**
                                        CASE NUMBER: 13-CV-291S

   v.

ANDREW M. CUOMO, et al.,

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Plaintiffs' Motion for Summary Judgment is Granted in part and Denied in part; that Plaintiffs' Motion for a Preliminary Injunction is Denied as moot; that New York State Defendants' Motion for Summary Judgment and Motion to Dismiss is Granted in part and Denied in part and that Gerald Gill's Motion for Summary Judgment and Motion to Dismiss is Granted in part and Denied in part.

Date: January 2, 2014                    MICHAEL J. ROEMER, CLERK


                                         By: s/Suzanne Grunzweig
                                             Deputy Clerk