IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
Buffalo Division

| | | |
|---|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 1:13-cv-00291-WMS |
| v. | ) ) ) | |
| ANDREW M. CUOMO, et al., | ) ) | |
| Defendants. | ) ) ) | |

## INDEX TO THE RECORD ON APPEAL

GOLDBERG SEGALLA, LLP
8 Southwoods Blvd., Suite 300
Albany, New York 12211
(518) 463-5400

**1:13-cv-00291-WMS** New York State Rifle and Pistol Association, Inc. et al v. Cuomo et al
William M. Skretny, presiding
**Date filed:** 03/21/2013
**Date terminated:** 01/02/2014
**Date of last filing:** 01/03/2014

# History

| Doc. No. | Dates | Description |
|---|---|---|
| | *Filed & Entered:* 03/21/2013 | 🌐 Case Assigned/Reassigned |
| | *Filed & Entered:* 03/21/2013 | 🌐 E-Filing Notification |
| 1 | *Filed & Entered:* 03/21/2013 | 🌐 Complaint |
| 2 | *Filed & Entered:* 03/21/2013 | 🌐 Automatic Referral to Mediation |
| 3 | *Filed & Entered:* 03/21/2013 | 🌐 Remark |
| 4 | *Filed & Entered:* 03/22/2013 | 🌐 Continuation of Exhibits |
| | *Filed & Entered:* 03/25/2013 | 🌐 E-Filing Notification |
| 5 | *Filed & Entered:* 03/25/2013 | 🌐 Continuation of Exhibits |
| 6 | *Filed & Entered:* 03/26/2013 | 🌐 Summons Issued |
| 7 | *Filed & Entered:* 04/01/2013 | 🌐 Summons Returned Executed |
| 8 | *Filed & Entered:* 04/01/2013 | 🌐 Summons Returned Executed |
| 9 | *Filed & Entered:* 04/02/2013 | 🌐 Affidavit of Service |
| 10 | *Filed & Entered:* 04/02/2013 | 🌐 Affidavit of Service |
| 11 | *Filed & Entered:* 04/02/2013 | 🌐 Affidavit of Service |
| 12 | *Filed & Entered:* 04/08/2013 *Terminated:* 04/10/2013 | 🌐 Motion to Expedite |
| 13 | *Filed & Entered:* 04/09/2013 *Terminated:* 04/10/2013 | 🌐 Motion to appear pro hac vice |
| 14 | *Filed & Entered:* 04/09/2013 | 🌐 Notice of Appearance |
| 15 | *Filed & Entered:* 04/09/2013 | 🌐 Notice of Appearance |
| 16 | *Filed & Entered:* 04/10/2013 | 🌐 Order |
| 17 | *Filed & Entered:* 04/11/2013 | 🌐 Amended Complaint |
| 18 | *Filed & Entered:* 04/11/2013 | 🌐 Original Summons Filed |
| 19 | *Filed & Entered:* 04/11/2013 | 🌐 Original Summons Filed |
| 20 | *Filed & Entered:* 04/11/2013 | 🌐 Original Summons Filed |
| 21 | *Filed & Entered:* 04/11/2013 | 🌐 Original Summons Filed |
| 22 | *Filed & Entered:* 04/11/2013 | 🌐 Original Summons Filed |
| 23 | *Filed & Entered:* 04/15/2013 *Terminated:* 12/31/2013 | 🌐 Motion for Preliminary Injunction |

| No. | Dates | Description |
|---|---|---|
| 24 | *Filed & Entered:* 04/15/2013 <br> *Terminated:* 12/31/2013 | Motion to Expedite |
| 25 | *Filed & Entered:* 04/16/2013 <br> *Terminated:* 12/31/2013 | Motion for Leave to File Excess Pages |
| 26 | *Filed & Entered:* 04/16/2013 | Declaration |
| 27 | *Filed & Entered:* 04/16/2013 | Notice of Appearance |
| 28 | *Filed & Entered:* 04/16/2013 | Summons Issued |
| 29 | *Filed & Entered:* 04/17/2013 | Declaration |
| 30 | *Filed & Entered:* 04/18/2013 | Order |
| 31 | *Filed & Entered:* 04/18/2013 <br> *Terminated:* 04/19/2013 | Motion for Miscellaneous Relief |
| 32 | *Filed & Entered:* 04/19/2013 | Order on Motion for Miscellaneous Relief |
| 33 | *Filed & Entered:* 04/22/2013 | Witness List |
| 34 | *Filed & Entered:* 04/22/2013 | Notice of Appearance |
| 35 | *Filed & Entered:* 04/22/2013 | Notice of Appearance |
| 36 | *Filed & Entered:* 04/22/2013 <br> *Terminated:* 05/07/2013 | Motion for Leave to File |
| 37 | *Filed & Entered:* 04/22/2013 | Corporate Disclosure Statement |
| 38 | *Filed & Entered:* 04/23/2013 | Summons Returned Executed |
| 39 | *Filed & Entered:* 04/23/2013 | Terminate Hearings |
|  | *Filed & Entered:* 04/24/2013 | E-Filing Notification |
| 40 | *Filed & Entered:* 05/02/2013 <br> *Terminated:* 05/07/2013 | Motion to appear pro hac vice |
| 41 | *Filed & Entered:* 05/02/2013 <br> *Terminated:* 05/07/2013 | Motion to appear pro hac vice |
| 42 | *Filed & Entered:* 05/03/2013 | Declaration |
| 43 | *Filed & Entered:* 05/07/2013 | Order on Motion for Leave to File |
| 44 | *Filed & Entered:* 05/07/2013 | Order on Motion for Pro Hac Vice |
| 45 | *Filed & Entered:* 05/08/2013 | Notice of Appearance |
| 46 | *Filed & Entered:* 05/08/2013 | Memorandum/Brief |
| 47 | *Filed & Entered:* 05/14/2013 <br> *Terminated:* 05/24/2013 | Motion for Leave to File |
|  | *Filed & Entered:* 05/15/2013 | E-Filing Notification |
| 48 | *Filed & Entered:* 05/15/2013 | Order |
| 49 | *Filed & Entered:* 05/15/2013 | ADR Notice and Plan |
| 50 | *Filed & Entered:* 05/15/2013 | ADR Notice and Plan |
| 51 | *Filed & Entered:* 05/16/2013 <br> *Terminated:* 05/24/2013 | Motion to Expedite |
| 52 | *Filed & Entered:* 05/16/2013 | Declaration |
| 53 | *Filed & Entered:* 05/22/2013 | Declaration |

| 54 | *Filed & Entered:* 05/24/2013 | Declaration |
| 55 | *Filed & Entered:* 05/24/2013 | Order on Motion for Leave to File |
| 56 | *Filed & Entered:* 05/29/2013 | Memorandum/Brief |
| 57 | *Filed & Entered:* 05/29/2013 *Terminated:* 06/14/2013 | Motion to appear pro hac vice |
|  | *Filed & Entered:* 05/30/2013 | E-Filing Notification |
| 58 | *Filed & Entered:* 06/14/2013 | Notice of Appearance |
| 59 | *Filed & Entered:* 06/14/2013 | Order |
| 60 | *Filed & Entered:* 06/21/2013 | Declaration |
| 61 | *Filed & Entered:* 06/21/2013 | Amicus Curiae Appearance |
| 62 | *Filed & Entered:* 06/21/2013 *Terminated:* 06/24/2013 | Motion for Leave to File |
| 63 | *Filed & Entered:* 06/21/2013 *Terminated:* 08/30/2013 | Motion for Leave to File |
| 64 | *Filed & Entered:* 06/21/2013 *Terminated:* 12/31/2013 | Motion for Summary Judgment |
| 65 | *Filed & Entered:* 06/21/2013 | Corporate Disclosure Statement |
| 66 | *Filed & Entered:* 06/21/2013 | Declaration |
| 67 | *Filed & Entered:* 06/21/2013 | Declaration |
| 68 | *Filed & Entered:* 06/21/2013 | Declaration |
| 69 | *Filed & Entered:* 06/21/2013 | Declaration |
| 70 | *Filed & Entered:* 06/21/2013 *Terminated:* 12/31/2013 | Motion to Dismiss for Failure to State a Claim |
| 71 | *Filed & Entered:* 06/21/2013 | Declaration |
| 72 | *Filed & Entered:* 06/21/2013 | Declaration |
| 73 | *Filed & Entered:* 06/21/2013 | Statement of Facts |
| 74 | *Filed & Entered:* 06/21/2013 | Declaration |
| 75 | *Filed & Entered:* 06/21/2013 | Continuation of Exhibits |
| 76 | *Filed & Entered:* 06/21/2013 | Declaration |
| 77 | *Filed & Entered:* 06/21/2013 | Memorandum in Support of Motion |
| 78 | *Filed & Entered:* 06/21/2013 | Continuation of Exhibits |
| 79 | *Filed & Entered:* 06/21/2013 | Continuation of Exhibits |
| 80 | *Filed & Entered:* 06/21/2013 | Continuation of Exhibits |
| 81 | *Filed & Entered:* 06/21/2013 | Continuation of Exhibits |
| 82 | *Filed & Entered:* 06/21/2013 | Continuation of Exhibits |
| 83 | *Filed & Entered:* 06/21/2013 | Continuation of Exhibits |
| 84 | *Filed & Entered:* 06/21/2013 | Continuation of Exhibits |
| 85 | *Filed & Entered:* 06/22/2013 | Continuation of Exhibits |
|  | *Filed & Entered:* 06/24/2013 | E-Filing Notification |

| 86 | Filed & Entered: 06/25/2013 | Order |
|---|---|---|
| 87 | Filed & Entered: 06/26/2013 | Notice of Appearance |
| 88 | Filed & Entered: 06/26/2013<br>Terminated: 06/28/2013 | Motion to appear pro hac vice |
| 89 | Filed & Entered: 06/26/2013<br>Terminated: 06/28/2013 | Motion to appear pro hac vice |
| 90 | Filed & Entered: 06/26/2013<br>Terminated: 07/01/2013 | Motion to appear pro hac vice |
| 91 | Filed & Entered: 06/27/2013 | Notice of Appearance |
| 92 | Filed & Entered: 06/27/2013<br>Terminated: 07/08/2013 | Motion to appear pro hac vice |
| 93 | Filed & Entered: 06/27/2013<br>Terminated: 07/09/2013 | Motion to appear pro hac vice |
| 94 | Filed & Entered: 06/28/2013 | Order |
| 95 | Filed & Entered: 06/28/2013<br>Terminated: 08/30/2013 | Motion for Leave to File |
| 96 | Filed & Entered: 07/01/2013 | Order on Motion for Pro Hac Vice |
| 97 | Filed & Entered: 07/01/2013 | Order |
| 98 | Filed & Entered: 07/08/2013 | Order on Motion for Pro Hac Vice |
| 99 | Filed & Entered: 07/09/2013 | Order on Motion for Pro Hac Vice |
| 100 | Filed & Entered: 07/11/2013<br>Terminated: 07/15/2013 | Motion for Extension of Time to File Response/Reply |
| 101 | Filed & Entered: 07/11/2013 | Declaration |
| 102 | Filed & Entered: 07/15/2013 | Order |
| 103 | Filed & Entered: 07/15/2013 | Declaration |
| 104 | Filed & Entered: 07/15/2013 | Declaration |
|  | Filed & Entered: 07/16/2013 | Mail Returned |
| 105 | Filed & Entered: 07/16/2013<br>Terminated: 07/23/2013 | Motion to Amend/Correct |
| 106 | Filed & Entered: 07/16/2013 | Declaration |
| 107 | Filed & Entered: 07/23/2013 | Order |
| 108 | Filed & Entered: 07/26/2013 | Continuation of Exhibits |
| 109 | Filed & Entered: 08/05/2013<br>Terminated: 08/12/2013 | Motion for Leave to File Excess Pages |
| 110 | Filed & Entered: 08/07/2013<br>Terminated: 08/12/2013 | Motion for Extension of Time to File Response/Reply |
| 111 | Filed & Entered: 08/12/2013 | Order |
| 112 | Filed & Entered: 08/19/2013<br>Terminated: 08/30/2013 | Motion for Miscellaneous Relief |
| 113 | Filed & Entered: 08/19/2013<br>Terminated: 12/31/2013 | Motion for Summary Judgment |

| | | |
|---|---|---|
| [114](#) | *Filed & Entered:* 08/19/2013 | Memorandum in Support of Motion |
| [115](#) | *Filed & Entered:* 08/19/2013 | Statement of Facts |
| [116](#) | *Filed & Entered:* 08/19/2013 | Statement of Facts |
| [117](#) | *Filed & Entered:* 08/26/2013 *Terminated:* 08/30/2013 | Motion for Leave to File |
| 118 | *Filed & Entered:* 08/30/2013 | Order |
| [119](#) | *Filed & Entered:* 08/30/2013 | Memorandum/Brief |
| [120](#) | *Filed & Entered:* 09/02/2013 | Memorandum/Brief |
| [121](#) | *Filed & Entered:* 09/04/2013 | Memorandum/Brief |
| [122](#) | *Filed & Entered:* 09/24/2013 | Reply/Response |
| [123](#) | *Filed & Entered:* 09/24/2013 | Reply/Response |
| [124](#) | *Filed & Entered:* 09/24/2013 | Declaration |
| [125](#) | *Filed & Entered:* 09/24/2013 | Declaration |
| [126](#) | *Filed & Entered:* 09/27/2013 *Terminated:* 10/07/2013 | Motion for Leave to File |
| 127 | *Filed & Entered:* 10/07/2013 | Order |
| [128](#) | *Filed & Entered:* 10/08/2013 *Terminated:* 10/15/2013 | Motion for Leave to File Excess Pages |
| [129](#) | *Filed & Entered:* 10/08/2013 *Terminated:* 10/15/2013 | Motion for Miscellaneous Relief |
| [130](#) | *Filed & Entered:* 10/08/2013 | Declaration |
| [131](#) | *Filed & Entered:* 10/08/2013 | Declaration |
| [132](#) | *Filed & Entered:* 10/08/2013 | Memorandum/Brief |
| [133](#) | *Filed & Entered:* 10/09/2013 | Memorandum in Support of Motion |
| 134 | *Filed & Entered:* 10/15/2013 | Order |
| 135 | *Filed & Entered:* 10/15/2013 | Order |
| [136](#) | *Filed & Entered:* 10/18/2013 | Declaration |
| | *Filed & Entered:* 10/21/2013 | Mail Returned |
| [137](#) | *Filed & Entered:* 11/22/2013 *Terminated:* 12/23/2013 | Motion for Hearing |
| [138](#) | *Filed & Entered:* 11/26/2013 | Reply/Response |
| 139 | *Filed & Entered:* 12/23/2013 | Order on Motion for Hearing |
| [140](#) | *Filed & Entered:* 12/31/2013 | Order on Motion for Preliminary Injunction |
| [141](#) | *Filed & Entered:* 01/02/2014 | Judgment |
| [142](#) | *Filed & Entered:* 01/03/2014 | Notice of Appeal |
| [143](#) | *Filed & Entered:* 01/03/2014 | Notice of Cross Appeal |

| PACER Service Center |
|---|
| **Transaction Receipt** |

Dated: January 16, 2014

Respectfully Submitted,

GOLDBERG SEGALLA, LLP

By:_____
    Brian T. Stapleton, Esq.
    Bar Number: BS5640
    Attorney for Plaintiffs
    11 Martine Avenue, Suite 750
    White Plains, New York 10606
    Telephone: (914) 798-5470
    Fax: (914) 798-5401
    E-mail: bstapleton@goldbergsegalla.com

TO:

| **DEFENDANT** | **DEFENSE COUNSEL** |
|---|---|
| ANDREW M. CUOMO<br>Governor of the State of New York<br>NYS State Capitol Building<br>Albany, NY 12224 | OFFICE OF THE ATTORNEY GENERAL<br>OF THE STATE OF NEW YORK<br>William Taylor, Esq.<br>Monica Connell, Esq.<br>Asst. Attorneys General of Counsel<br>120 Broadway, 24th Floor<br>New York, New York 10271<br>william.taylor@ag.ny.gov<br>monica.connell@ag.ny.gov<br><br>Benjamin J. Ahlstrom, Esq.<br>Asst. Attorney General of Counsel<br>Main Place Tower<br>350 Main Street, Suite 300A<br>Buffalo, NY 14202<br>benjamin.ahlstrom@ag.ny.gov |
| ERIC T. SCHNEIDERMAN<br>Attorney General of the State of New York<br>NYS State Capitol Building<br>Albany, NY 12224 | Same as above |
| JOSEPH A. D'AMICO<br>Superintendent of the NYS Police<br>New York State Police<br>1220 Washington Avenue<br>Building 22<br>Albany, NY 12226-2252 | Same as above |
| GERALD J. GILL<br>Chief of Police, Lancaster Police Dep't.<br>Lancaster Police Department<br>525 Pavement Road<br>Lancaster, NY 14086 | HODGSON RUSS LLP<br>Kevin M. Kearny, Esq.<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202-4040<br>kkearny@hodgsonruss.com |

GOLDBERG SEGALLA, LLP
8 Southwoods Blvd., Suite 300
Albany, New York 12211
(518) 463-5400