# United States District Court

_____WESTERN DISTRICT OF NEW YORK_____

NEW YORK STATE RIFLE
AND PISTOL ASSOCIATION, INC., et al.,        **CLERK'S CERTIFICATE**

      vs.                                             CASE NUMBER: 13-CV-291S
                                              USCA NUMBER:
CUOMO, et al.,


      I, MICHAEL J. ROEMER, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

      **The following documents are not available electronically and are currently maintained in traditional fashion in the Western District of New York's lead office:**

      Docket No.  **All Documents Electronically Filed**


Upon your request, we will make the above documents available to you.


Date: January 22, 2014                         MICHAEL J. ROEMER, Clerk of Court


                                               By: s/Suzanne Grunzweig
                                                   Deputy Clerk