IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
Buffalo Division

| | | |
|---|---|---|
| NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC.; WESTCHESTER COUNTY FIREARMS OWNERS ASSOCIATION, INC.; SPORTSMEN'S ASSOCIATION FOR FIREARMS EDUCATION, INC.; NEW YORK STATE AMATEUR TRAPSHOOTING ASSOCIATION, INC.; BEDELL CUSTOM; BEIKIRCH AMMUNITION CORPORATION; BLUELINE TACTICAL & POLICE SUPPLY, LLC; WILLIAM NOJAY; THOMAS GALVIN; and ROGER HORVATH, | : : : : : : : : : : : | **NOTICE OF UNOPPOSED MOTION TO AMEND THE CAPTION OF THE COMPLAINT** |
| Plaintiffs. | : : | |
| v. | : : | Civil No.: 1:13-CV-00291 |
| ANDREW M. CUOMO, Governor of the State of New York; ERIC T. SCHNEIDERMAN, Attorney General of the State of New York; JOSEPH A. D'AMICO, Superintendent of the New York State Police; FRANK A. SEDITA, III, District Attorney for Erie County; and GERALD J. GILL, Chief of Police for the Town of Lancaster, New York, | : : : : : : : : : | |
| Defendants. | : | |

**Motion by**:        All Plaintiffs

**Relief Demanded**:  Amend the caption of the complaint pursuant to Fed. R. Civ. P. 15(a)(2).

**Grounds For Request:**  To change the order in which plaintiffs appear in the caption.

**Supporting Papers**:  Affirmation of Brian T. Stapleton, Esq.

**Return Date of Motion:**  Absent an Order by the Court, and pursuant to Local Rule 7(b)(2)(B), opposing papers (if any) shall be filed within fourteen days of the filing of this motion. Reply papers (if any) are to be filed within seven days of after service of opposing papers. NOTE: to the extent required, the movants herein intend to file and serve reply papers.

3010638.1

| | |
|---|---|
| **Date, Time, and Place**<br>**of Hearing On Motion:** | U.S. District Court for the Western District of<br>New York 2 Niagara Square, Buffalo, New York 14202<br>Courtroom of the Hon. William M. Skretny<br>Date and time of hearing (if any) to be determined by the Court |

Dated: July 22, 2014

Respectfully Submitted,

GOLDBERG SEGALLA, LLP

By: /s/ Brian T. Stapleton
Brian T. Stapleton, Esq. (CT13418)
Matthew S. Lerner, Esq.
665 Main Street., Suite 400
Buffalo, New York 14203
(716) 566-5401
mlerner@goldbergsegalla.com

*Counsel For Plaintiffs*

3010638.1