IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
Buffalo Division

| | | |
|---|---|---|
| NEW YORK STATE RIFLE AND PISTOL | : | |
| ASSOCIATION, INC.; WESTCHESTER | : | |
| COUNTY FIREARMS OWNERS | : | |
| ASSOCIATION, INC.; SPORTSMEN'S | : | |
| ASSOCIATION FOR FIREARMS EDUCATION, | : | |
| INC.; NEW YORK STATE AMATEUR | : | |
| TRAPSHOOTING ASSOCIATION, INC.; | : | |
| BEDELL CUSTOM; BEIKIRCH AMMUNITION | : | **PROPOSED ORDER** |
| CORPORATION; BLUELINE TACTICAL & | : | |
| POLICE SUPPLY, LLC; WILLIAM NOJAY, | : | |
| THOMAS GALVIN; and ROGER HORVATH, | : | |
| | : | |
| Plaintiffs. | : | |
| | : | |
| v. | : | Civil No.: 1:13-CV-00291 |
| | : | |
| ANDREW M. CUOMO, Governor of the State of | : | |
| New York; ERIC T. SCHNEIDERMAN, Attorney | : | |
| General of the State of New York; JOSEPH A. | : | |
| D'AMICO, Superintendent of the New York State | : | |
| Police; FRANK A. SEDITA, III, District | : | |
| Attorney for Erie County; and GERALD J. GILL, | : | |
| Chief of Police for the Town of Lancaster, | : | |
| New York, | : | |
| | : | |
| Defendants. | : | |

Upon consideration of Plaintiffs NEW YORK STATE RIFLE AND PISTOL

ASSOCIATION, INC.; WESTCHESTER COUNTY FIREARMS OWNERS

ASSOCIATION, INC.; SPORTSMEN'S ASSOCIATION FOR FIREARMS

EDUCATION, INC.; NEW YORK STATE AMATEUR TRAPSHOOTING

ASSOCIATION, INC.; BEDELL CUSTOM; BEIKIRCH AMMUNITION

CORPORATION; BLUELINE TACTICAL & POLICE SUPPLY, LLC; WILLIAM

NOJAY; THOMAS GALVIN; AND ROGER HORVATH's Motion to Amend the

Caption of the Complaint, made pursuant to Rule 15(a)(2) of the Federal Rules of Civil

Procedure and Local Rule 7(f), any opposition thereto, and for good cause shown; it is hereby

**ORDERED** that the Motion to Amend the Caption of the Complaint is GRANTED.

DATED:      Buffalo, New York
              July __, 2014

                    _____

                    Hon. William M. Skretny, U.S.D.J.