**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of October, two thousand and fifteen.

Before:  José A. Cabranes,
         Raymond J. Lohier, Jr.,
         Christopher F. Droney,
              *Circuit Judge*s.

_____

New York State Rifle and Pistol Association, Inc.,
Westchester County Firearms Owners Association, Inc.,
Sportsmen's Association for Firearms Education, Inc.,
New York State Amateur Trapshooting Association, Inc.,
Bedell Custom, Beikirch Ammunition Corporation,
Blueline Tactical & Police Supply, LLC,
Batavia Marine & Sporting Supply, William Nojay,
Thomas Galvin, Roger Horvath,

    Plaintiffs - Appellants-Cross-Appellees,

v.

Andrew M. Cuomo, Governor of the State of New York,
Eric T. Schneiderman, Attorney General of the State of New York,
Joseph A. D'Amico, Superintendent of the New York State Police,

    Defendants - Appellees-Cross-Appellants,

Gerald J. Gill, Chief of Police for the Town of Lancaster,
New York, Lawrence Friedman,

    Defendants- Appellees,

Frank A. Sedita, III, District Attorney for Erie County,

    Defendant.

_____

The Connecticut Citizens' Defense League, The Coalition
of Connecticut Sportsmen, June Shew, Rabbi Mitchell Rocklin,
Stephanie Cypher, Peter Owens, Brian McClain, Andrew Mueller,
Hiller Sports, LLC and MD Shooting Sports, LLC,

    Plaintiffs - Appellants,

v.

**JUDGMENT**
Docket Nos. 14-36(L)
               14-37(XAP)

**MANDATE ISSUED ON 11/16/2015**

Dannel P. Malloy, in his official capacity as Governor of the
State of Connecticut, Kevin T. Kane, in his official capacity
as Chief State's Attorney of the State of Connecticut,
Dora B. Schriro, in her official capacity as Commissioner
of the Connecticut Department of Emergency Services and
Public Protection, David I. Cohen, in his official capacity as
State's Attorney for the Stamford/Norwalk Judicial District,
Geographic Areas Nos. 1 and 20, John C. Smriga, in his
official capacity as State's Attorney for the Fairfield Judicial
District, Geographical Area No. 2, Maureen Platt, in her
official capacity as State's Attorney for the Waterbury Judicial
District, Geographical Area No. 4, Kevin D. Lawlor, in his
official capacity as State's Attorney for the Ansonia/Milford
Judicial District, Geographical Areas Nos. 5 and 22, Michael
Dearington, in his official capacity as State's Attorney for the
New Haven Judicial District, Geographical Area Nos. 7 and 23,
Peter A. McShane, in his official capacity as State's Attorney
for the Middlesex Judicial District, Geographical Area No. 9,
Michael L. Regan, in his official capacity as State's Attorney
for the New London Judicial District, Geographical Area Nos. 10
and 21, Patricia M. Froehlich, Gail P. Hardy, in her official
capacity as State's Attorney for the Hartford Judicial District,
Geographical Areas Nos. 12, 13, and 14, Brian Preleski, in his
official capacity as State's Attorney for the New Britain Judicial
District, Geographic Area Nos. 15 and 17, David Shepack, in
his official capacity as State's Attorney for the Litchfield Judicial
District, Geographical Area No. 18, Matthew C. Gedansky, in his
official capacity as State's Attorney for the Tolland Judicial District,
Geographic Area No. 19, Stephen J. Sedensky, III, in his official
capacity as State's Attorney for the Danbury Judicial District,
Geographical Area No. 3,

Docket No. 14-319

    Defendants- Appellees.

_____

    The appeals in the above captioned cases from judgments of the United States District Court for the Western District of New York and the United States District Court for the District of Connecticut were argued on the district court's record and the parties' briefs. Upon consideration thereof,

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the District Court for the District of Connecticut is AFFIRMED in part and REVERSED in part. With respect to the judgment of the District Court for the Western District of New York, the judgment is REVERSED in part and AFFIRMED in part.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit